

**Service of Process Transmittal**
11/03/2020
CT Log Number 538519236

| | |
|---|---|
| **TO:** | David Ball / Speedway Service of Process<br>Speedway Superamerica, LLC<br>500 SPEEDWAY DR<br>ENON, OH 45323-1056 |
| **RE:** | **Process Served in Massachusetts** |
| **FOR:** | Speedway LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | DEREK CUMMINGS, PLTF. vs. SPEEDWAY, LLC, DFT. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2077CV01024C |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Boston, MA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/03/2020 at 11:03 |
| **JURISDICTION SERVED:** | Massachusetts |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/03/2020, Expected Purge Date: 11/08/2020<br><br>Image SOP<br><br>Email Notification,  David Ball / Speedway Service of Process  SpeedwayServiceofProcess@Speedway.com<br><br>Email Notification,  Suzanne Gagle  sgagle@MarathonPetroleum.com<br><br>Email Notification,  Niccole Thompson  nmthompson@speedway.com<br><br>Email Notification,  Melinda Miller  memiller2@speedway.com<br><br>Email Notification,  Jana Crosby  jrcrosby@speedway.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>155 Federal St Ste 700<br>Boston, MA 02110-1727 |
| **For Questions:** | 800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

Page 1 of  1 / GN

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                                                                  SUPERIOR COURT
                                                                                            CIVIL ACTION
                                                                                            No. 2077CV01024C

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

..................................................DEREK CUMMINGS.................................................., Plaintiff(s)

v.

..................................................SPEEDWAY, LLC.................................................., Defendant(s)

## SUMMONS

To the above named Defendant: Speedway, LLC

You are hereby summoned and required to serve upon John J. Regan, Esq., Dolan & Regan, plaintiff's attorney, whose address is 7 Essex Green Drive, Suite 4, Peabody, MA 01960, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at 43 Appleton Way, Lawrence either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, Judith Fabricant, Esquire, at Salem, the twentieth day of October, in the year of our Lord two thousand twenty.

*Joseph P Casey*                                *Thomas F. Driscoll Jr.*
A true copy Attest:                                                              Clerk
[         ] Deputy Sheriff Suffolk County
11-3-20

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 20___, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (see Mass. R. Civ. P. 4 (d) (1-5)):

_____

_____

_____

Dated: _____, 20___        _____

N.B.  TO PROCESS SERVER:-
PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN THIS BOX <u>ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.</u>

<pre>
                              , 20
</pre>

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 2077CV01024C

DEREK CUMMIMGS
Plaintiff(s)

v.

SPEEDWAY, LLC
Defendant(s)

**SUMMONS**
(Mass. R. Civ. P. 4)